THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v REGINALD WILSON, Appellant. [917 NYS2d 914]—

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California*, 386 US 738 [1967]; *People v Starks*, 78 AD3d 742 [2010]; *People v King*, 77 AD3d 680 [2010]; *People v Paige*, 54 AD2d 631 [1976]). Covello, J.P., Lott, Roman and Miller, JJ., concur.